UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDY H. PAULUS II,<br><br>       Plaintiff,<br><br>   v.<br><br>HARL, et al.,<br><br>       Defendants. | **1:21-cv-00094-JLT-GSA-PC**<br><br>**ORDER GRANTING DEFENDANT BERTRAND'S MOTION FOR ADMINISTRATIVE RELIEF RE: EXTENSION OF TIME**<br>**(ECF No. 18.)**<br><br>**DEADLINE TO FILE RESPONSIVE PLEADING:  <u>DECEMBER 5, 2022</u>** |

     Eddy H. Paulus II ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983 and the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12132 (1994).  This case now proceeds against sole defendant Bertrand ("Defendant") for violation of the ADA.

     On August 29, 2022, Defendant Bertrand filed a motion for extension of time to file a responsive pleading, in response to the Complaint filed on January 22, 2021.  (ECF No. 18.)

The Court finds good cause to grant Defendant an extension of time.  Accordingly, **IT IS HEREBY ORDERED** that:

1. Defendant Bertrand's motion for administrative relief, filed on August 29, 2022, is GRANTED; and

2. Defendant Bertrand is granted until **December 5, 2022** in which to file a responsive pleading, in response to the Complaint filed on January 22, 2021.

IT IS SO ORDERED.

Dated:   **August 31, 2022**                             **/s/ Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE