ROB BONTA, State Bar No. 202668
Attorney General of California
PREETI K. BAJWA, State Bar No. 232484
Supervising Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 510-3747
Fax: (415)-703-5843
E-mail: Preeti.Bajwa@doj.ca.gov
*Attorneys for Defendant*
*J. Bertrand*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **EDDY H. PAULUS, II.,**<br>Plaintiff,<br>**v.**<br>**HARL, et al.,**<br>Defendants. | Case No. 1:21-cv-00094-JLT-GSA<br>**STIPULATED REQUEST FOR REFERRAL TO EARLY SETTLEMENT CONFERENCE AND DEFENDANT'S REQUEST TO VACATE ALL RESPONSIVE PLEADING DEADLINES**<br>Judge: The Honorable Gary S. Austin<br>Action Filed: January 22, 2021 |

After meeting and conferring on November 10, 2022, the parties request this matter be referred to early settlement conference. (Declaration of Preeti K. Bajwa ("Bajwa Decl.") at ¶ ¶ 2-3.) Defendants also request that all dues dates for a responsive pleading be vacated pending the early settlement conference. (Bajwa Decl. at ¶ 5.)

Dated: November 15, 2022

Respectfully submitted,

ROB BONTA
Attorney General of California

*/s/ Preeti K. Bajwa*
PREETI K. BAJWA
Supervising Deputy Attorney General
*Attorneys for Defendant*
*Bertrand*

SA2022303065/43478463.docx

## CERTIFICATE OF SERVICE

Case Name: ***Eddy H. Paulus, II (BL-3127) v. Harl, et al.***
Case No. **1:21-cv-00094-JLT-GSA**

I hereby certify that on November 15, 2022, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **STIPULATED REQUEST FOR REFERRAL TO EARLY SETTLEMENT CONFERENCE AND DEFENDANT'S REQUEST TO VACATE ALL RESPONSIVE PLEADING DEADLINES**
- **DECLARATION OF PREETI K. BAJWA IN SUPPORT OF STIPULATED REQUEST FOR REFERRAL TO EARLY SETTLEMENT CONFERENCE AND STAY OF PLEADINGS PENDING SETTLEMENT CONFERENCE**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On November 15, 2022, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Eddy H. Paulus, II, BL-3127
Chuckawalla Valley State Prison
P.O. Box 2349
Blythe, CA 92226
*In Pro Per*

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on November 15, 2022, at San Francisco, California.

| G. Pang | [signature] |
|---|---|
| Declarant | Signature |

SA2022303065/43478485.docx