UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDY H. PAULUS II,<br><br>      Plaintiff,<br><br>   v.<br><br>HARL, et al.,<br><br>      Defendants. | 1:20-cv-00094-JLT-GSA-PC<br><br>**ORDER GRANTING REQUEST FOR EARLY SETTLEMENT CONFERENCE, TO BE SCHEDULED BY SEPARATE ORDER**<br><br>**ORDER GRANTING REQUEST TO VACATE RESPONSIVE PLEADING DEADLINE PENDING RESOLUTION OF SETTLEMENT CONFERENCE**<br><br>(ECF No. 21.)<br><br>**VACATED:**<br><br>    **DECEMBER 5, 2022 DEADLINE TO FILE RESPONSIVE PLEADING** |

Eddy H. Paulus II ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983 and the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12132 (1994). This case now proceeds with the original Complaint, filed by Plaintiff on January 22, 2022, against sole defendant Bertrand ("Defendant") for violation of the ADA.

On November 15, 2022, Defendant filed a stipulated request for referral to an early settlement conference. (ECF No. 21.) Defendant also requests that the December 5, 2022 responsive pleading deadline be vacated pending resolution of the settlement conference. (Id.) The requests shall be granted, and a settlement conference shall be scheduled by separate order.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Defendant's request for an early settlement conference, filed on November 15, 2022, is **GRANTED**, and a settlement conference shall be scheduled by separate order; and

2. The December 5, 2022 deadline for Defendant to file a pleading responsive to the Complaint is **VACATED** pending resolution of the settlement conference.

IT IS SO ORDERED.

Dated: **November 19, 2022**  　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE