UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDY H. PAULUS II,<br><br>              Plaintiff,<br><br>       v.<br><br>HARL, et al.,<br><br>              Defendants. | **1:21-cv-00094-JLT-GSA-PC**<br><br>**ORDER SETTING SETTLEMENT CONFERENCE** |

Eddy H. Paulus II ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983 and the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12132 (1994).  The court has determined that this case will benefit from a settlement conference.  Therefore, this case will be referred to Magistrate Judge Helena M. Barch-Kuchta to conduct a settlement conference on January 27, 2023 at 10:30 a.m.  The settlement conference will be conducted by remote means, with all parties appearing by Zoom video conference.  The court will issue the order detailing the procedures for the settlement conference and the necessary writ in due course.

In accordance with the above, IT IS HEREBY ORDERED that:

1. This case is set for a settlement conference before Magistrate Judge Helena M. Barch-Kuchta on January 27, 2023 at 10:30 a.m.  The settlement conference will be

conducted by remote means, with all parties appearing by Zoom video conference.[1]

2. The Clerk of the Court is directed to serve a copy of this order on the Litigation Office at Chuckawalla Valley State Prison via facsimile at (760) 922-6855 or via email.

IT IS SO ORDERED.

Dated:   **December 2, 2022**              /s/ Gary S. Austin
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] The Court may issue an order at a later date requiring the parties to appear in person.

2